(106 So. 67)

Marion WALTON v. CITY OF TUSCALOOSA. (6 Div. 687.)

(Court of Appeals of Alabama. Oct. 27, 1925.)

Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

Edward De Graffenried, of Tuscaloosa, for appellant.
S. H. Sprott and J. M. Ward, both of Tuscaloosa, for appellee.

SAMFORD, J. Affirmed on authority of Guin v. City of Tuscaloosa, ante, p. 61, 106 So. 64; Ex parte Guin, 213 Ala. 685, 106 So. 67.